CHRISTINE B. O'SULLIVAN *v.* JERRYL MANISCALCO
(14722)

O'Connell, Heiman and Schaller, Js.

Submitted on briefs January 9—decision released January 30, 1996

*Robert H. Boynton* filed a brief for the appellant (defendant).

*Edward Kanowitz* and *Christine B. O'Sullivan* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.